**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-5773-17T1

LISA HAMMOND,

    Plaintiff-Appellant,

v.

CHARLES A. FIORE, and
LAW OFFICES OF CHARLES
A. FIORE,

    Defendants-Respondents.

_____

          Submitted November 18, 2019 – Decided November 27, 2019

          Before Judges Sabatino, Sumners and Geiger.

          On appeal from the Superior Court of New Jersey, Law Division, Gloucester County, Docket No. L-1131-16.

          Reger Rizzo & Darnall LLP, attorneys for appellant (John M. Cinti, on the briefs).

          Giordan, Halleran & Ciesla, PC, attorneys for respondents (Michael J. Canning, of counsel and on the brief).

PER CURIAM

The parties to the appeal have amicably resolved the issues in dispute. In accordance with their consent order of dismissal, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-5773-17T1